IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL POALILLO | : | CIVIL ACTION |
| | : | |
| v. | : | No.: 08-5819 |
| | : | |
| SPECIALTY FLOORINGS SYSTEMS, INC. | : | |

### ORDER

AND NOW, this 5th day of August, 2009, it is hereby ORDERED Defendant Specialty Flooring Systems, Inc.'s Motion for Summary Judgment (Document 21) is GRANTED.  Judgment is entered in favor of  Defendant Specialty Flooring Systems, Inc., and against Plaintiff Michael Poalillo.

The Clerk of Court is directed to mark the above-captioned case CLOSED.

BY THE COURT:

 /s/  Juan R. Sánchez
Juan R. Sánchez, J.